# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

---

Catholic Memorial High School of Waukesha, Inc.,

    *Plaintiff*,

    v.                                        Case No.

League of United Latin American Citizens,

    *Defendant*.

---

## NOTICE OF REMOVAL

---

Defendant League of United Latin American Citizens ("LULAC"), by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby files its Notice of Removal of the action styled *Catholic Memorial High School of Waukesha, Inc. v. League of United Latin American Citizens*, Case No. 2025CV002360, from the Waukesha County Circuit Court to the U.S. District Court for the Eastern District of Wisconsin, Milwaukee Division. The grounds for removal are as follows:

### COMPLIANCE WITH 28 U.S.C. §§ 1441 and 1446

1.      On December 12, 2025, Plaintiff Catholic Memorial High School of Waukesha, Inc ("CMH") commenced the underlying lawsuit on *Catholic Memorial High School of Waukesha, Inc. v. League of United Latin American Citizens*, Case No. 2025CV002360 (the "State Court Action").

2.      On May 12, 2026, LULAC received notice of the original pleading setting forth the claim for relief per 28 U.S.C. § 1446(b)(1).

1

3.	The Notice of Removal has been filed within the time prescribed in 28 U.S.C. § 1446(b) because it is filed within 30 days of receipt of the initial pleading or summons.

4.	The Waukesha County Circuit Court is located within this judicial district. 28 U.S.C. § 130(a). The Notice is therefore properly filed in this Court pursuant to 28 U.S.C. § 1441(a).

5.	LULAC is the sole defendant in the State Court Action. No other defendants need join in or consent to the removal of this action. 28 U.S.C. § 1446(b)(2)(A).

6.	A true and correct copy of the Docket Sheet for the State Court Action is attached hereto as Exhibit A.

7.	A true and correct copy of the original Summons and Complaint is attached hereto as Exhibit B.

8.	On April 1, 2026, CMH filed a notice of motion and motion for default judgment. A true and correct copy of that filing is attached hereto as Exhibit C.

9.	The motion for default judgment was accompanied by an affidavit of default submitted by counsel for CMH and bill of costs. A true and correct copy of the affidavit of default and bill of costs is attached hereto as Exhibit D.

10.	The motion for default judgment was also supported by a purported declaration of corporate service. A true and correct copy of the declaration of corporate service is attached hereto as Exhibit E.

11.	On May 12, 2026, the Honorable Zachary A. Wittchow held a hearing on CMH's motion for default. The circuit court granted default and awarded $1,257,600.00 in compensatory damages plus costs and attorney fees, as well as $10,000.00 in punitive damages. A true and correct copy of the Default Judgment is attached hereto as Exhibit F.

2

12. LULAC heard of the underlying lawsuit, default motion, and hearing less than one hour prior to the start of the hearing, and lacking counsel at the time, was not permitted to participate in the hearing, and filed a notice of motion and motion to vacate default and motion to dismiss on May 27, 2026. *See* Ex. A at 4.

13. A true and correct copy of LULAC's notice of motion and motion is attached hereto as Exhibit G. A true and correct copy of the brief in support of the motion is attached hereto as Exhibit H. The supporting declarations are attached hereto as Exhibit I.

14. LULAC has not yet filed an answer in the State Court Action.

15. As of the date of this filing of the Notice, no other pleadings have been filed in the State Court Action and no other motions are pending in the State Court Action.

16. Pursuant to 28 U.S.C. § 1446(a), copies of all summons, process, pleadings, motions, and orders that have been filed in the State Court Action are attached hereto as Exhibits A through I. LULAC denies these were "served upon" LULAC, and instead, LULAC had to first personally obtain them from the clerk of the state court. Counsel for LULAC then received access to the full docket when they appeared on May 26, 2026.

**BASIS FOR FEDERAL JURISDICTION**

17. This case is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 28 U.S.C. 1332(1). There is complete diversity of citizenship between CMH and LULAC, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a)(1).

18. The State Court Action is a defamation action under Wisconsin state law.

19. Pursuant to 28 U.S.C. § 1446(b), LULAC timely files this Notice of Removal.

3

20. Plaintiff CMH is a Wisconsin non-stock corporation with a principal office at 601 East College Avenue, Waukesha, Wisconsin 53186.

21. Defendant LULAC is Texas non-stock corporation whose registered address is 1111 West Mockingbird Lane, Suite 1200, Dallas, Texas 75247.

22. While an amount was not specified in the initial pleading, the circuit court granted default against LULAC and awarded CMH $1,257,600.00 in compensatory damages, plus costs and $10,000.00 in punitive damages, meaning removal is proper under 28 U.S.C. § 1332(a). *See also* 28 U.S.C. § 1132(c)(2), (3)(A).

23. Venue is proper in this Court pursuant to 28 U.S.C. §§ 130, 1391, 1441(a), and 1446(a) because this action was filed in the Circuit Court of Waukesha County, Wisconsin, which is within the territory of the Eastern District of Wisconsin.

24. No previous application has been made for the relief requested herein.

25. LULAC submitted the required filing fee to the Clerk of the Court.

26. If any question arises regarding the propriety of the removal of this action, LULAC respectfully requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

### RESERVATION OF RIGHTS AND DEFENSES

27. LULAC reserves any and all defenses, including, but not limited to, those under Fed. R. Civ. P. 12, and does not waive said defenses by the filing of the Notice.

28. LULAC does not admit any of the allegations in CMH's Complaint, and does not concede that CMH is entitled to any relief.

29. LULAC reserves the right to amend or supplement the Notice as necessary.

WHEREFORE, LULAC respectfully submits that the State Court Action is properly removed to this Court.

4

**NOTICE**

30.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Waukesha County, Wisconsin, and is being served on CMH. A copy of the Notice of Filing to be served on Plaintiff and filed with the Circuit Court of Waukesha County is attached hereto as Exhibit J.

**CONCLUSION**

**WHEREFORE**, LULAC hereby removes the action styled *Catholic Memorial High School of Waukesha, Inc. v. League of United Latin American Citizens*, Case No. 2025CV002360, from the Waukesha County Circuit Court, Wisconsin where it is now pending, to this Court, and respectfully request that this Court assume full jurisdiction of the State Court Action, and henceforth place this Action upon the docket of the Court for further proceedings.

Dated: June 2, 2026.                Respectfully submitted,


STAFFORD ROSENBAUM LLP

By: *Electronically signed by David P. Hollander*
Laura E. Callan, SBN 1017353
Erin K. Deeley, SBN 1084027
David P. Hollander, SBN 1107233
222 W. Washington Ave., Suite 900
Madison, WI 53703-2744
(608) 256-0226
lcallan@staffordlaw.com
edeeley@staffordlaw.com
dhollander@staffordlaw.com

*Attorneys for Defendant League of*
*United Latin American Citizens*

5

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 2, 2026, I caused a copy of the foregoing Notice of Removal

to be served on the Plaintiff by U.S. Mail and electronic mail to Plaintiff's counsel of record:

Atty. Nick G. Kotsonis (nkotsonis@crivellolaw.com)
Atty. Agatha K. Raynor (araynor@crivellolaw.com)
Atty. Matthew J. Tobin (mtobin@crivellolaw.com)
Crivello Nichols & Hall SC
710 N Plankinton Ave, Ste. 500
Milwaukee, WI 53203-2404

Dated: June 2, 2026.                    Respectfully submitted,


STAFFORD ROSENBAUM LLP

By: *Electronically signed by David P. Hollander*
Laura E. Callan, SBN 1017353
Erin K. Deeley, SBN 1084027
David P. Hollander, SBN 1107233
222 W. Washington Ave., Suite 900
Madison, WI 53703-2744
(608) 256-0226
lcallan@staffordlaw.com
edeeley@staffordlaw.com
dhollander@staffordlaw.com

*Attorneys for Defendant League of*
*United Latin American Citizens*

6