**FILED**
**12-12-2025**
**Clerk of Circuit Court**
**Waukesha County**
**2025CV002360**

**Exhibit B**

STATE OF WISCONSIN        CIRCUIT COURT        WAUKESHA COUNTY

CATHOLIC MEMORIAL HIGH SCHOOL
OF WAUKESHA, INC.,

601 East College Avenue
Waukesha, Wisconsin 53186

        Plaintiff,                        CASE NO.:

      v.                                  CLASSIFICATION CODE: 30106

LEAGUE OF UNITED LATIN
AMERICAN CITIZENS,

201 East Main Drive Suite 605
El Paso, Texas 79901

        Defendant.

---

## SUMMONS

---

THE STATE OF WISCONSIN:       TO EACH PERSON NAMED AS DEFENDANT

**YOU ARE HEREBY NOTIFIED** that the plaintiff named above has filed a lawsuit or other legal action against you. The Complaint, which is attached, states the nature and basis of the legal action.

Within forty-five (45) days of receiving this Summons, you must respond with a written Answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the Complaint. The Court may reject or disregard an Answer that does not follow the requirements of the Statutes. The Answer must be sent or delivered to the Court, whose address is 515 West Moreland Boulevard, Waukesha, Wisconsin 53188, and to Plaintiff's attorney, whose address is Crivello, Nichols & Hall, S.C., 710 N. Plankinton Avenue, Suite 500, Milwaukee, Wisconsin 53203. You may have an attorney help or represent you.

If you do not provide a proper Answer within forty-five (45) days, the Court may grant judgment against you for the award of money or other legal action requested in the Complaint, and you may lose your right to object to anything that is or may be incorrect in the Complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against real estate you now own or in the future, and may also be enforced by garnishment or seizure of property.

**PLAINTIFF REQUESTS A TRIAL BY JURY**

Dated this 12th of December, 2025.

**CRIVELLO, NICHOLS & HALL, S.C.**
Attorneys for Plaintiff

By: *s/Electronically Signed by Matthew Tobin*
NICK G. KOTSONIS
State Bar No.: 1017522
AGATHA K. RAYNOR
State Bar No.: 1032687
MATTHEW J. TOBIN
State Bar No.: 1097545

**Post Office Address:**
710 N. Plankinton Avenue, Suite 500
Milwaukee, Wisconsin 53203
Telephone: (414) 271-7722
Email: nkotsonis@crivellolaw.com
araynor@crivellolaw.com
mtobin@crivellolaw.com

**FILED**
**12-12-2025**
**Clerk of Circuit Court**
**Waukesha County**
**2025CV002360**

**Exhibit B**

STATE OF WISCONSIN    CIRCUIT COURT    WAUKESHA COUNTY

---

CATHOLIC MEMORIAL HIGH SCHOOL
OF WAUKESHA, INC.,

601 East College Avenue
Waukesha, Wisconsin 53186

        Plaintiff,

        v.

LEAGUE OF UNITED LATIN
AMERICAN CITIZENS,

201 East Main Drive Suite 605
El Paso, Texas 79901

        Defendant.

CASE NO.:
CLASSIFICATION CODE: 30106

---

## COMPLAINT

---

COMES NOW the Plaintiff, Catholic Memorial High School of Waukesha, Inc. ("Catholic Memorial"), by its attorneys, Crivello, Nichols & Hall, S.C., and as and for a cause of action, states as follows:

### INTRODUCTION

1. Catholic Memorial seeks damages for defamatory statements made by Defendant on or about November 18, 2025 regarding policies and practices at Catholic Memorial that do not exist.

### JURISDICTION AND VENUE

2. This court has jurisdiction to grant the relief sought by Catholic Memorial pursuant to Wis. Stat. § 801.05(3). Defendant's defamatory statements were directed at a Wisconsin non-stock corporation located in Waukesha County, Wisconsin and published to a national audience.

1

## PARTIES

3.    Plaintiff, Catholic Memorial, is a Wisconsin non-stock corporation with a principal office located at 601 East College Avenue, Waukesha, Wisconsin 53186.

4.    Catholic Memorial's policies align with the Wisconsin Catholic Conference and the United States Conference of Catholic Bishops.

5.    Defendant, League of United Latin American Citizens ("LULAC"), is a non-profit corporation with a principal office located at 201 East Main Drive, Suite 605, El Paso, Texas 79901.

6.    Defendant purports to be a civil rights organization focused on advancing the economic condition, educational attainment, political influence, housing, health and civil rights of the Hispanic population of the United States.

## FACTS

7.    Catholic Memorial, a Catholic high school founded in Waukesha, Wisconsin in 1949, promotes an inclusive community where all students are inspired to explore and realize their God-given potential.

8.    As part of Catholic Memorial's mission, it strives to educate students as individuals, intellectually and spiritually to prepare them to become leaders who serve the Church and the world.

9.    Catholic Memorial promotes a robust diverse and inclusive culture that admits students of any race, color, national origin, or ethnic origin to all the rights, privileges, programs, and activities generally accorded or made available to students at the school.

10.    Catholic Memorial does not discriminate on the basis of race, color, national origin, or ethnic origin in administration of its educational policies and admission.

2

11. Catholic Memorial also maintains a strict non-harassment policy, encouraging a learning and working environment free of any form of harassment or intimidation towards students.

12. Catholic Memorial also embraces an honor code that establishes a high standard of conduct which demands that integrity guides the power of individual words and actions. The honor code also recognizes personal dignity and inherent worth in all people.

13. On or about November 18, 2025, without advance notice to Catholic Memorial, Defendant issued a press release regarding alleged policies and/or practices within Catholic Memorial that have no basis in fact.

14. Specifically, Defendant asserted that Catholic Memorial High School, amongst other untrue allegations, employs a, "family separation policy which allows warrantless (not judge signed) arrests of students by masked individuals with combat gear on school grounds."

15. Attached hereto as Exhibit A is a copy of the press release.

16. Further, within the press release Jamie Alvarado, the Wisconsin State Director for Defendant, acting in his official capacity and speaking on behalf of Defendant stated, "[t]he immoral family separation police is not only un-Constitutional but violates students' constitutional 4th amendment [sic] rights."

17. Catholic Memorial has no family separation policy.

18. Catholic Memorial has no unwritten family separation practice.

19. Catholic Memorial does not allow for the warrantless arrests of students.

20. In fact, Catholic Memorial policy specifically states that all law enforcement offices are required to check in at the school office or other designated office and show proper identification. Law enforcement officers may not remove a student from the school building for

3

questioning while the student is properly in attendance without the permission of the student's parent, regardless of the student's age.

21.    Consistent with state law, Catholic Memorial policy states that law enforcement officers may remove a child when possessing a warrant for the student's arrest or an order signed by the judge of the children's court.

22.    Catholic Memorial respects all law enforcement and does not obstruct their legal efforts to protect the school, its students, its employees, and the Waukesha community.

23.    On November 21, 2025, Catholic Memorial issued a cease-and-desist letter to Mr. Alvarado, demanding that he retract Defendant's false statements and to cease and desist from making or publishing any further false, misleading, disparaging, defamatory and/or inflammatory statements about Catholic Memorial.

24.    Upon information and belief, as of the date of the filing of this Complaint, Defendant has not retracted the defamatory statements made by Defendant.

25.    Catholic Memorial has suffered irreparable harm to its reputation as a result of Defendants false statements regarding a warrantless family separation policy.

**<u>FIRST CAUSE OF ACTION: DEFAMATION OF A BUSINESS</u>**

26.    Catholic Memorial incorporates by reference all previously alleged paragraphs as if fully set forth herein.

27.    The statements made by Defendant and Defendant's representative, Jamie Alvarado, regarding a family separation policy at Catholic Memorial were and are false.

28.    The statements made by Defendant and Defendant's representative, Jamie Alvarado, regarding a warrantless arrest policy at Catholic Memorial were and are false.

29.    Defendant's statements were made with either express or actual malice.

4

30.    The statements made by Defendant and Defendant's representative, Jamie Alvarado, regarding warrantless arrest and family separation policies at Catholic Memorial were communicated in writing and constitute a publication.

31.    Defendant and Defendant's representative, Jamie Alvarado, have not retracted the false statements despite Catholic Memorial's written request.

32.    Defendant's defamatory statements were unprivileged and irreparably harmed Catholic Memorial's reputation so as to the lower the school in the estimation of the Waukesha County community.

33.    Defendant's defamatory statements tend to deter third persons from associating or dealing with Catholic Memorial.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant as follows:

(a) Actual and compensatory damages in an amount to be determined at trial for Defendant's libelous statements;

(b) Punitive damages;

(c) Injunctive relief;

(d) Attorneys fees, litigation expenses, and costs of suit; and

(e) Such other or further relief as the Court deems just and equitable.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES.**

5

Dated this 12th of December, 2025.

**CRIVELLO, NICHOLS & HALL, S.C.**
Attorneys for Plaintiff

By: *s/Electronically Signed by Matthew Tobin*
NICK G. KOTSONIS
State Bar No.: 1017522
AGATHA K. RAYNOR
State Bar No.: 1032687
MATTHEW J. TOBIN
State Bar No.: 1097545

**Post Office Address:**
710 N. Plankinton Avenue, Suite 500
Milwaukee, Wisconsin 53203
Telephone: (414) 271-7722
Email: nkotsonis@crivellolaw.com
araynor@crivellolaw.com
mtobin@crivellolaw.com

6

**FILED**
**12-12-2025**
**Clerk of Circuit Court**
**Waukesha County**
**2025CV002360**

**Exhibit B**



**LEAGUE** *of* **UNITED LATIN AMERICAN CITIZENS**
**WISCONSIN**

# PRESS RELEASE

PRESS INQUIRIES
Diana Valencia 262.221.3186

## IMMORAL FAMILY SEPARATION POLICY AT WAUKESHA'S CATHOLIC MEMORIAL HIGH SCHOOL WITH ICE AND RETALIATION FIRING OF A LATINO TEACHER

**LULAC, the Nation's Oldest and Largest Latino Civil Rights Organization, Condemns Catholic Memorial High School's Policy on ICE Cooperation and the Termination of Mr. Rico Camacho**

Waukesha, WI, November 18th, 2025 – The League of United Latin American Citizens (LULAC) of Wisconsin urges Catholic Memorial High School to rescind the family separation policy which allows warrantless (not judge signed) arrests of students by masked individuals with combat gear on school grounds.  LULAC WI also condemns the retaliatory firing of teacher Mr. Rico Camacho for communicating with constituents outside of school hours.

"The immoral family separation policy is not only un-Catholic but violates students' constitutional 4th amendment rights," states Jaime Alvarado the LULAC WI state director. "It undermines trust and creates an unsafe emotional environment for Latino students, as well as the bonds and relationships created."  The high school's estimated Latino enrollment is 24%.

The school's website boasts a "Caring and Safe Environment…our teachers and administration provide an atmosphere of inclusivity that helps students feel safe and accepted."  It further states "Catholic Memorial High School helps build character with faith-based values that instill a moral compass." Their family separation policy flies against the values stated and the teaching of the United States Conference of Catholic Bishops (USCCB).

The USCCB issued an overwhelmingly (96% of 224 bishops) approved "Special Message" directive on Nov 12th, 2025. It states "Catholic teaching exhorts nations to recognize the fundamental dignity of all persons, including immigrants…Human dignity and national security are not in conflict."

The nation's catholic bishops further state "We are troubled by threats against the sanctity of houses of worship and the special nature of hospitals and schools.…We are grieved when we meet parents who fear being detained when taking their children to school and when we try to console family members who have already been separated from their loved ones."



**EXHIBIT**
**A**

The U.S constitution applies to "all persons". The Fourth Amendment protects all from searches and seizures by the police or government without a judge signed warrant and based on probable cause.  This protects all persons from warrantless searches of them, their home, belongings, business, nonprofits, churches, schools, etc. A judge signed "Judicial Warrant" (not an ICE signed "Administrative Warrant") must be displayed,  properly dated and specify the place to be searched and the person or things to be seized.

LULAC WI condemns the firing of teacher Mr. Rico Camacho, who also happens to be a school alumnus.  Mr Camacho is also a City of Waukesha Alderman and the only Latino on the city council. On October 15th 2025, after school hours, the alderman reposted a constituent's concern regarding ICE activity on social media, which later turned out to be false. He publicly apologized for the error.  City individuals in an act of retaliation pursued the persecution of him politically and personally. Unfortunately on October 20th, Catholic Memorial High School succumbed to the retaliatory pressure by firing Mr Camacho on frivolous grounds.

"Families and community members deserve transparency, safety, and assurance that Catholic Memorial High School is committed to lawful conduct and the Catholic values," says State Director Jaime Alvarado. "We respectfully request a revision to the ICE cooperation policy to ensure alignment with our state and federal constitutional rights, and reaffirm the commitment to provide an atmosphere of inclusivity that helps students feel safe and accepted. We strongly urge a review of Mr. Camacho's dismissal, an apology, and his reinstatement as a teacher with compensation for lost wages."

###

Since 1929 the mission of the League of United Latin American Citizens is to advance the economic condition, educational attainment, political influence, housing, health and civil rights of the Hispanic population of the U.S.
lulac.org
